**Kevin Rashad GUY**

v.

**STATE**

**CR-13-0715**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Edward Allen VARNER, Jr.**

v.

**STATE**

**CR-13-0737**

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

**Marvin Eugene WOODEN**

v.

**STATE**

**CR-13-0722**

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

**Daeyong LEE**

v.

**STATE**

**CR-13-0755**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed